NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD G. WINN, DOC #S28549,       )
                                   )
          Appellant,               )
                                   )
v.                                 )     Case No. 2D18-1618
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____    )

Opinion filed February 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Edward G. Winn, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.